**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation, | )  Case No. 1:15-cv-01542---JLT )  |
| Plaintiff, | )  **ORDER GRANTING STIPULATION TO** )  **CONTINUE THE MANDATORY** )  **SCHEDULING CONFERENCE** |
| v. | )  |
| CENTEX HOMES, et al., | )  **(Doc. 11)** )  |
| Defendants. | )  ) |

Based upon the stipulation of counsel, the Court **ORDERS:**

1.     The mandatory scheduling conference is continued to February 23, 2016 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **January 22, 2016**          **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE